**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00428-LTB-CBS

REGINA MARIE INGLE,

      Plaintiff,

v.

CARL DRYER, in his individual capacity, and
BRIAN WEBB, in his individual capacity,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      Defendants' Unopposed Motion for Leave to File Amended Answer (Doc 23 - filed July 13, 2007) is **GRANTED**.  The tendered Amended Answer is accepted for filing.


Dated:  July 16, 2007
_____