IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00428-LTB-CBS

REGINA MARIE INGLE,

    Plaintiff,

v.

CARL DRYER, in his individual capacity, and
BRIAN WEBB, in his individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the parties' Joint Motion to Modify Scheduling Order (*doc. no. 33)* is **GRANTED**. The scheduling order is modified as follows:

1. Deadline to file Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to on or before **March 10, 2008**;
2. Deadline to serve discovery requests is extended to on or before **April 8, 2008**;
3. Deadline to file Rule 26(a)(2) REBUTTAL expert disclosures is extended to on or before **April 11, 2008**;
4. Discovery deadline is extended to **May 9, 2008**; and
5. Dispositive motions deadline is extended to **May 30, 2008**.

**DATED:**    October 24, 2007