IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00428-LTB-CBS

REGINA MARIE INGLE,

     Plaintiff,

v.

CARL DRYER, in his individual capacity, and
BRIAN WEBB, in his individual capacity,

     Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Vacate Settlement Conference (*doc. no. 38)* is **GRANTED**. The settlement conference set for February 12, 2008 is **VACATED**.

**DATED:**     February 1, 2008