# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00428-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 19, 2008 | Courtroom Deputy: Ben Van Dyke |

REGINA INGLE,

      **Plaintiff,**

v.

CARL DRYER, in his individual capacity,

      **Defendants.**

Jeffrey R. Hill, via telephone
Timms R. Fowler, via telephone


Ann Baumgartner Smith, via telephone
Gordon L. Vaughan, via telephone

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:      9:18 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   The Unopposed Motion to Modify Scheduling Order to Extend Deadline to
Exchange Rule 26(a)(2) Disclosures [filed March 7, 2008; doc. 52] is granted.
The deadline to designate affirmative experts is reset to March 17, 2008, and
the deadline to designate rebuttal experts is reset to April 18, 2008.**

**ORDERED:   Ingle's Motion for Protective Order [filed March 5, 2008; doc. 50] is denied
without prejudice for the reasons stated on the record.  The court provides
insight into parameters for the proper taking of Mr. Ingle's deposition.**

HEARING CONCLUDED.


**Court in recess**:      **10:24 a.m.**
Total time in court:      01:06