# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00428-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: April 23, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| REGINA INGLE, | Jeffrey R. Hill, via telephone |
| | Timms R. Fowler, via telephone |
| **Plaintiff,** | |
| v. | |
| CARL DRYER, in his individual capacity, | Ann Baumgartner Smith, via telephone |
| | Gordon L. Vaughan, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:** 8:30 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Motion to Stay Discovery Pending Entry, Answer, and Disclosure by Newly Joined Party, Fremont County [filed April 22, 2008; doc. 66] is granted for the reasons stated on the record. All discovery is *stayed* pending Fremont County answering or otherwise responding to the complaint and making Rule 26(a)(1) disclosures.

HEARING CONCLUDED.
**Court in recess:** 8:59 a.m.
Total time in court: 00:29