**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00428-LTB-CBS

REGINA MARIE INGLE,

    Plaintiff,

v.

CARL DRYER, in his individual capacity, and

    Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Vacate Trial Date Because of Pending Joinder of Fremont County (Doc 70 - filed April 23, 2008) is **GRANTED**. The trial preparation conference set **November 12, 2008** and the trial set **December 8, 2008 are VACATED**.

Dated: April 24, 2008

---