IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00428-LTB-CBS

REGINA MARIE INGLE,

    Plaintiff,

v.

CARL DRYER, in his individual capacity,
COUNTY OF FREMONT, COLORADO,
through its Board of Commissioners, and
JAMES M. BECKER, in his official capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Forthwith Unopposed Motion to Submit Item Under Seal for an *In Camera* Review (*doc. # 88)* is GRANTED.

    Plaintiff is directed to hand deliver (in a sealed envelope, identified on the outside with the case number and "*in camera review*"), a single paper copy of the "Email Reply," directly to Magistrate Judge Shaffer's chambers, Courtroom A-402, Fourth Floor, 901 19th Street, Denver, Colorado 80202; no later than **5:00 p.m. on October 3, 2008**.

**DATED:**    September 24, 2008