**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 07-cv-00428-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: October 7, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| REGINA INGLE, | Jeffrey R. Hill |
| | Timms R. Fowler |
| **Plaintiff,** | |
| v. | |
| CARL DRYER, in his individual capacity, *et al.*, | Ann Baumgartner Smith |
| | Sara Ludke Cook |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 9:10 a.m.

Court calls case. Appearances of counsel. Witness, Brenda Jackson, is also present via telephone for the hearing.

Counsel present argument regarding Plaintiff's Forthwith <u>Opposed</u> Motion for Protective Order Regarding an Inadvertent Disclosure [filed August 20, 2008; doc. 78].

9:54 a.m.   Witness, Brenda Jackson, is sworn-in by the court and direct examination by defendants' counsel commences.

10:00 a.m.   Cross-examination of Ms. Jackson by plaintiff's counsel.

10:05 a.m.   Examination completed.

**ORDERED:** **Plaintiff's Forthwith <u>Opposed</u> Motion for Protective Order Regarding an Inadvertent Disclosure [filed August 20, 2008; doc. 78] is granted for the reasons stated on the record. The emails at issue must be destroyed or returned to plaintiff's counsel. Ms. Jackson may not communicate to anyone else the contents of the emails at issue either orally or in writing.**

The court discusses the revised scheduling order with counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Amendment of pleadings/Joinder of parties: **October 17, 2009.**

Discovery Cut-off: **March 27, 2009.**

Dispositive Motions deadline: **April 30, 2009.**

Parties shall designate affirmative experts **on or before December 31, 2008**

Parties shall designate rebuttal experts **on or before February 2, 2009.**

**ORDERED: No further written discovery will be allowed between the original parties.**

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**SETTLEMENT CONFERENCE** is set for **November 24, 2008 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before November 12, 2008** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**FINAL PRETRIAL CONFERENCE** is set for **September 10, 2009 at 10:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

● Revised Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.

**Court in recess:** 11:06 a.m.
Total time in court: 01:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.