IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00428-LTB-CBS

REGINA MARIE INGLE,

    Plaintiff,

v.

CARL DRYER, in his individual capacity,
COUNTY OF FREMONT, COLORADO, through its Board of County Commissioners; and
JAMES M. BEICKER, in his official capacity,

    Defendants.
_____

ORDER OF PARTIAL DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Certain Defendants, With Prejudice (Doc 96 - filed October 29, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Carl Dryer in his individual capacity, and James M. Beicker, in his official capacity as Sheriff of Fremont County, Colorado**. The claims against Defendant Fremont County, through the Fremont County Board of County Commissioners remain pending. Each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      LEWIS T. BABCOCK, JUDGE

DATED: October 30, 2008