IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00428-LTB-CBS

REGINA MARIE INGLE,

    Plaintiff,

vs.

COUNTY OF FREMONT, COLORADO, Through its Board of County Commissioners

    Defendant.

_____

**ORDER OF DISMISSAL, WITH PREJUDICE**
_____

    THE COURT, having reviewed the parties' Stipulated Motion to Dismiss (Doc 98), having reviewed the file, and being fully advised,

    DOES HEREBY ORDER that this matter be dismissed, with prejudice, with each party to pay its own costs and fees.

    Thus done and signed this __31st__ day of ____October____, 2008.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            LEWIS T. BABCOCK, JUDGE